Trish:

"To do" list for New Year

1.      Are all reimbursement requests in?
        Is log finished?
        Are there any problems with any of the requests, that we know?

2.      PSS/Trish to get December time input.

3.      Trish/PSS to finish article on involuntaries

4.      PSS to finish pitch book for SIPC

6.      In K/Vasquez, did order approving settlement (in September) get entered?  The two fee apps are ready to go, GR app needs some work.  Send the two of them to Meredith with email memo: Mer:  I'm enclosing draft fee applications for my new firm and old firm in the Vasquez matter, *totaling* $_____ in fees and $_____ in costs.  How much do you have in the bank?  I know you collected a settlement in August, and had previously collected some other monies.  Do the fees need to be reduced before filing?

7.      PSS to do fee app "Novelty and Difficulty" insert for PSSA and for GR in Maxko (Simone sent PSSA fee app a couple days ago and I saved it in file).  Trish to order a prebill for GR's time and costs, and rough out a fee app.

8.      Print a client matter list, with RBA Leasing and Reel Games on it.

9.      I was going to send a referral letter for Alan Barbee.  It's directed to Martin County and it's saved under OTO/GR Admin/Marketing.  I'll sign it and attach it to an email to Teresa Licamara at Alan's office.

10.     Paradise:  How do we get Toys for Tots to pick up what they left behind?  Two categories: Halloween, and a large group of things that Craftline simply didn't give them.

11.     PSS to do objections to claims in Chira:  Tiffany, IRS.

12.     Confirm that Lesley Johnson is setting up meeting with Elizabeth's accountant and Elizabeth re capital gains tax.

13.     Re-run S/Currie prebill as marked (we only order prebills, never order bills until the money actually is paid).

14.     PSS to meet with Mike re Zipes

15.     PSS to work on:
        a.      Mattson/Sherwin

      b.      S/Perrotta
      c.      Mountain View

16.      Trish to fill out IRS form 4506 for Dr. Hertz for all years since 1994 (three or four years per form) that we don't already have.  See me first, with copy of my forms G525 and G525a.

18.      Do interim fee app in Paradise.
      Do final fee app in Joystar Creditors Committee (already started?)

\7\316 - # 586143 v1