UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

OCEANS CASINO CRUISES, INC.,

Case No: 09-38645-RBR

Chapter 7

Debtor.
_____/

**REEL GAMES, INC.'S NOTICE OF WITHDRAW OF MOTION FOR RELIEF FROM STAY, TO COMPEL TRUSTEE TO ASSUME OR REJECT UNEXPIRED LEASE OF PERSONAL PROPERTY AND ALTERNATIVELY FOR ADEQUATE ASSURANCE [D.E. 18]**

Real Games, Inc., by and through undersigned counsel, hereby gives Notice of its withdrawal of its Motion for Relief from Stay, to Compel Trustee to Assume or Reject Unexpired Lease of Personal Property and Alternatively for Adequate Assurance [D.E. 18].

**CERTIFICATE OF SERVICE**

The clerk's Notice of Electronic Filing indicates that service is being made electronically upon Sonya Salkin, Trustee and to the Office of the U.S. Trustee on this 8th day of January, 2010.

GRAYROBINSON, P.A
*Counsel for Reel Games, Inc.*
401 E. Las Olas Blvd., Suite 1850
Fort Lauderdale, FL  33301
Ph. (954) 761-8111
Fax (954) 761-8112

*s/Patrick S. Scott*
Patrick S. Scott
Fla. Bar No. 290025

\826035\1 - # 593757 v1